UNITED STATES, Appellee

v

DILLARD A. TAYLOR, Specialist Four,
U. S. Army, Appellant

21 USCMA 343, 45 CMR 117

*Captain Joseph V. Aprile, II*, and *Captain Peter J. Horner, Jr.*, argued the cause for Appellant, Accused. On the brief were *Colonel George J. McCartin, Jr., Captain John D. Lanoue*, and *Captain Robert B. Harrison, III*.

*Captain R. Craig Lawrence* argued the cause for Appellee, United States. With him on the brief were *Colonel David T. Bryant, Lieutenant Colonel Ronald M. Holdaway, Captain Merle F. Wilberding, Captain David E. Wilson, Captain James T. Harper*, and *Captain Walter A. Smith, III*.

## Opinion of the Court

DUNCAN, Judge:

The issue before us in this case questions the validity of a search, authorized by the appellant's commanding officer, of an off-post civilian residence in Okinawa.

For the reasons set forth in United States v Mitchell, 21 USCMA 340, 45 CMR 114 (1972), we hold that the search was invalid. Since all the Government's evidence as to the charged offenses resulted from the illegal search, reversal is required.

The decision of the Court of Military Review is reversed. The record of trial is returned to the Judge Advocate General of the Army. The charges and specifications are ordered dismissed.

Chief Judge DARDEN and Judge QUINN concur.

---

* Also decided, reversed, and dismissed this date on the same issue are United States v Wanzie, No. 24,758, and United States v Arter, No. 24,727.